IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LINDA BRANSCUM                                                           PLAINTIFF

v.                      NO. 3:17-cv-00277 KGB/PSH

NANCY A. BERRYHILL, Acting Commissioner                                  DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Linda Branscum has filed an application to proceed in the district court without prepaying fees or costs, a submission the Clerk of the Court has construed as a motion to proceed in forma pauperis. See Document 1. The Court has reviewed the application and finds that it should be, and is granted. Plaintiff may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to plaintiff.

DATED this 24th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE