IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


LINDA K. BRANSCUM                                                    PLAINTIFF

v.                    NO. 3:17-cv-00277 PSH

NANCY A. BERRYHILL, Acting Commissioner                              DEFENDANT
of the Social Security Administration


## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 30th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE